**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **MELCHOR CASAS,** | | |
| Plaintiff, | | 2006-CV-0008 |
| v. | | |
| **HOVENSA, LLC.,** | | |
| Defendant. | | |

TO:   Lee J. Rohn, Esq.
      Charles E. Engeman, Esq.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation For Dismissal (Docket No. 32).

Accordingly, it is now hereby **ORDERED**:

1. Stipulation For Dismissal (Docket No. 32) is **GRANTED**.

2. This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

ENTER:

Dated: June 25, 2008                    /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE